UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Paul Narkin

PLAINTIFF

VS

Marilyn and Robert Logsdon, (owners of
Snow White Grill)
Thomas Hoard
Judge Joseph France, judge of the District
Court in Hagerstown, MD.

DEFENDANTS

*U.S. DISTRICT COURT
FILED AT WHEELING, WV
OCT 1 6 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK*

3:07cv118

## APPLICATION TO PROCEED ON FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER.

I, PAUL NARKIN declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

- I am retired and 85 years old

- I have a spouse who is dependent on me for support.

- My income is under the poverty level consisting of veteran's disability (non-connected) and the minimum of Social Security

- I have no stocks, bonds, Real Estate or assets. I do own a 1996 Ford-Van as my only transportation vehicle.

I declare under penalty of perjury that the foregoing is true and correct.

9-5-07
Date

Paul Narkin (Pro Se)

## ORDER OF THE COURT

The application is hereby denied

the application is hereby granted

_____
United States Judge

_____
Date

_____
United States Judge

10-16-2007
Date