# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Paul Narkin

**Plaintiff(s),**

v.

Marilyn & Robert Logsdon
Thomas Hoard
Judge Joseph France (Ralph H. France, II)

**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 3:07CV118

**FILED DEC 28 2007 U.S. DISTRICT COURT WHEELING, WV 26003**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David K. Hayes, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12-27-2007

*[signature]*
United States District Judge