THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**PAUL NARKIN,**

    Plaintiff,

v.                            **CIVIL ACTION NO.: 3:07-CV-118**
                                        **(JUDGE BAILEY)**

**MARILYN LOGSDON, ROBERT LOGSDON, and THOMAS HOARD,**

    Defendants.

## ORDER

On this day, the above-styled matter came before the Court for consideration of the plaintiff's Motion for a Request for an Attorney to Represent the Plaintiff [Doc. No. 14] and plaintiff's Motion for a Continuance [Doc. No. 15]. Plaintiff moves to have an attorney appointed to represent him pursuant to 28 U.S.C. § 1915, and plaintiff also moves for more time to respond to the Motion to Dismiss [Doc. No. 10] filed by defendant, Joseph France.

Upon review of the above, the Court does not find sufficient grounds to support the Motions. Accordingly, the **Motion for a Request for an Attorney to Represent the Plaintiff** is **DENIED**, and the **Motion for a Continuance [Doc. No. 15]** is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and the pro se plaintiff.

**DATED:** February 1, 2008.

                                                    JOHN PRESTON BAILEY
                                                   UNITED STATED DISTRICT JUDGE